427 A.2d 266

Commonwealth v. Pease, Appellant.

Submitted April 12, 1979. John H. Corbett, Jr., Assistant Public Defender, for appellant; Douglas W. Ferguson, District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and MONTGOMERY, JJ.

Order affirmed.

427 A.2d 266

Commonwealth v. Smoyer, Appellant.

Submitted March 23, 1979. Peter T. Campana, for appellant; William S. Kieser, District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WATKINS and HOFFMAN, JJ.

Judgment of sentence affirmed.